Mitchell A. Stephens (11775)
Dillon P. Olson (16120)
JAMES DODGE RUSSELL & STEPHENS, P.C.
545 East 300 South
Salt Lake City, Utah 84102
Telephone: (801) 363-6363

Renier P. Pierantoni (*pro hac vice* pending)
COOPER, LLC
108 N. Union Avenue, Suite 4
Cranford, New Jersey 07016

*Attorneys for Plaintiffs*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| HSS SECURITY, LLC, f/k/a HSS, INC.; and TARIAN GROUP, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and BROADSPIRE SERVICES, INC.,<br><br>*Defendants.* | **STIPULATED MOTION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO BROADSPIRE SERVICES, INC.'S MOTION TO DISMISS (ECF NO. 7)**<br><br>Case No. 2:26-cv-00761-JNP-PK<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Paul Kohler |

---

Pursuant to DUCivR 7-1(a)(2)(A), Plaintiffs HSS Security, LLC and Tarian Group, LLC and Defendant Broadspire Services, Inc., by and through their respective counsel, jointly stipulate and move the Court to extend Plaintiffs' deadline to respond to Broadspire Services, Inc.'s Motion to Dismiss (ECF No. 7). In support, the parties state:

1. Broadspire filed its Motion to Dismiss on August 25, 2026. ECF No. 7.

2. Plaintiffs' response is currently due September 22, 2026. DUCivR 7-1(a)(4).

4. This motion is made well before the current deadline expires. It is the first extension requested as to ECF No. 7.

5. No scheduling order has been entered, and no trial date or other deadline will be affected. This motion is not made for purposes of delay.

6. The parties therefore stipulate that Plaintiffs' deadline to respond to ECF No. 7 be extended to and including October 9, 2026.

A proposed order is submitted herewith.

DATED September 4, 2026.

JAMES DODGE RUSSELL &
STEPHENS, P.C.

*<u>/s/ Dillon P. Olson</u>*
Mitchell A. Stephens
Dillon P. Olson

Renier P. Pierantoni
COOPER, LLC

*Attorneys for Plaintiffs*

GOEBEL ANDERSON PC

*<u>/s/ Heidi G. Goebel (signed with permission)</u>*
Heidi G. Goebel
Amberly Page

*Attorneys for Broadspire Services, Inc.*