Heidi G. Goebel (10343)
Amberly Page (17095)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 441-9393
hgoebel@gapclaw.com
apage@gapclaw.com

*Attorneys for Hartford Fire Insurance Company,*
*Twin City Fire Insurance Company*
*and Broadspire Services*

**UNITED STATES DISTRICT COURT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| HSS SECURITY, LLC, f/k/a HSS, INC.; and TARIAN GROUP, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and BROADSPIRE SERVICES, INC.,<br><br>*Defendants*. | **NOTICE OF ACKNOWLEDGEMENT**<br><br>Case No. 2:26-cv-00761-JNP<br><br>District Judge Jill N. Parrish |

The undersigned counsel hereby affirms that counsel has carefully read and will comply with the Court's Standing Civil Order.

DATED this 8th day of September, 2026.

GOEBEL ANDERSON PC

*/s/ Heidi G. Goebel*
Heidi G. Goebel
*Attorneys for Hartford Fire Insurance Company and Twin City Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2026, I caused a true and correct copy of the foregoing **NOTICE OF ACKNOWLEDGEMENT** to be served via first class mail, postage prepaid, or email only upon the following:

Mitchell Stephens
Dillon Olson
JAMES DODGE RUSSELL & STEPHENS, P.C.
545 East 300 South
Salt Lake City, UT 84102
mstephens@jdrslaw.com
dolson@jdrslaw.com

Renier P. Pierantoni
COOPER, LLC – COUNSELORS AT LAW
108 N. Union Avenue – Suite 4
Cranford, NJ 07016
renier@cooperllc.com

*Attorneys for Plaintiff*

*/s/ Karen Harwood*